COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. EUGENE OLSEN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.

■

In the Matter of the CITY OF NEW YORK, Acting for and on Behalf of the New York City Housing Authority, Respondent, Relative to Acquiring Title to Real Property within the Area Bounded by Madison Avenue and Other Streets, Selected as a Site for a Housing Project Known as CARVER HOUSES, in the Borough of Manhattan. RAY REUBEN et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

■

In the Matter of the Arbitration between HEARN DEPARTMENT STORES, INC., Appellant, and DISTRICT 65, D. P. O. W. A., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

■

H. A. SILLCOX, INC., Respondent, v. PETTIBONE MULLIKEN CORPORATION et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

■

In the Matter of the Arbitration between NATIONAL CONTAINER CORPORATION, Appellant, and JAMES COSTELLO, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM MITCHELL, Appellant, against THOMAS MCDONNELL, as Warden of the Penitentiary of the City of New York, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OTTO F. FUSCO, on Behalf of WALTER BROWN, Appellant, against TIMOTHY RYAN, as Warden of the City Prison, Bronx County, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.